748 S.E.2d 794

L. Paul TRASK, Jr., Personally, and as Next of Kin and as the Duly Appointed Personal Representative of the Estate of L. Paul Trask, III, deceased, and Meredith C. Trask, Petitioners,

v.

BEAUFORT COUNTY, Curtis Copeland, in his Official Capacity as Coroner of Beaufort County and Individually, and Copeland Company of Beaufort, LLC, Defendants,

of whom Curtis Copeland, Individually and Copeland Company of Beaufort, LLC, are Respondents.

Appellate Case No. 2011–194646.

No. 27321.

Supreme Court of South Carolina.

Heard Sept. 18, 2013.

Decided Oct. 2, 2013.

Stephen P. Groves, Sr., of Nexsen Pruet, LLC, of Charleston, and Thomas S. Tisdale, Jr., of Hellman & Yates, PA, of Charleston, for Petitioners.

Andrew F. Lindemann, of Davidson & Lindemann, PA, of Columbia, for Respondents.

PER CURIAM.

We granted a writ of certiorari to review the court of appeals' decision in *Trask v. Beaufort County*, 392 S.C. 560, 709 S.E.2d 536 (Ct.App.2011). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.